

# MAYNARD
COOPER GALE

RECEIVED
NOV 21 2018
PETER A. MOORE, JR., CLERK
DISTRICT COURT, EDNC

VIA FEDEX

**John Robison Alford, Jr.**
DIRECT 205.254.1847
EMAIL JAlfordJr@maynardcooper.com

5:18-MC-50

November 20, 2018

United States District Court for the
Eastern District of North Carolina
Attn: Donna Rudd
201 South Evans Street Room 209
Greenville, NC 27858

Donna,
this relates to
2:18 cv 58
Thanks,
JRA

Re: Notice of Filing Pursuant To 28 U.S.C. § 754

To Whom It May Concern:

Please find enclosed herewith a Notice of Filing (the "Notice") pursuant to 28 U.S.C. § 754, together with related Exhibits and a $47 check made payable to the Clerk of Court, for filing as a miscellaneous case in the United States District Court for the Eastern District of North Carolina. The purpose of this Notice is to, among other things, provide notice of the pending federal receivership proceedings in the case styled *VC Macon GA, LLC v. Virginia College, LLC, and Education Corporation of America*, Case No. 5:18-cv-00388-TES, United States District Court for the Middle District of Georgia, Macon Division. **Pursuant to Section 754, this Notice must be filed immediately**.

Please also find enclosed herewith a copy of the Notice and a pre-paid FedEx return envelope. We respectfully request the Court to mark the copy of the Notice as "FILED", note the date of filing thereon, then return the copy of the Notice back to us via the pre-paid FedEx return envelope.

If you have any questions about any of the foregoing, please do not hesitate to contact me.

Very truly yours,

John Robison Alford, Jr.

Enclosures